IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

2012 NOV -9  A 11: 31

| | |
|---|---|
| United States of America, <br> Plaintiff | ) <br> ) <br> ) |
| vs | ) Case No. 1:12-cv-11396 <br> ) |
| Geoffrey V. King, <br> Defendant | ) <br> ) <br> ) |

ANSWER

The Defendant Geoffrey V. King hereby sets forth answers to the Complaint filed by the United States of America in these proceedings, to wit:

1. The averments of this paragraph are admitted.
2. The averments of this paragraph are admitted.
3. The Defendant admits that assessments were made against him, but disputes the amounts of all such assessments and the balances due for each period, including accruals as of July 25, 2012.
4. The Defendant disputes that there was ever agreement as to judgment in the cited case, alleges that if any such agreement exists, it was processed or procured wrongfully, and therefore denies and disputes the res judicata effect of any such judgment.
5. The Defendant denies the allegations of this paragraph inasmuch as they assert that the Federal Income Tax Returns were voluntarily filed.
6. The averments of this paragraph are denied in so far as the averments describe the defendant's conduct as neglectful or that he failed or refused to file and pay.
7. The averments of this paragraph are denied in so far as the averments claim that the second OIC was returned "as having been submitted solely to hinder or delay collection".
8. The Defendant disputes the averments of this paragraph.

1

## AFFIRMATIVE DEFENSES

1. The Defendant claims defense under applicable Statutes of Limitation.
2. The Defendant asserts the defense of estoppel.
3. The Defendant asserts the defense of duress.
4. The Defendant asserts the defense of laches.
5. The Defendant asserts the defense of waiver.
6. The Defendant asserts the defense of release.
7. The Defendant asserts the defense of statute of frauds.
8. The Defendant asserts the defense of contributory negligence.
9. The Defendant asserts that the action of the Internal Revenue Service in rejecting the first OIC on October 12, 2008 was wrongful and without any merit, and was designed only to harass and intimidate the Defendant.
10. The Defendant asserts that the action of the Internal Revenue Service in rejecting the second OIC on May 28, 2010 was wrongful and without any merit, and was designed only to harass and intimidate the Defendant.

WHEREFORE the Defendant Geoffrey V. King demands that this case be dismissed, with prejudice, and that he be awarded costs of this suit.

Respectfully submitted,
Geoffrey V. King, Defendant
By his attorney,

Dated: November 7, 2012

Dean C. Brunel, BBO # 061800

**Law Offices of Dean C. Brunel**
75 Central Street, Unit One
Somerville, MA 02143
(617) 628 6729
deanbrunel@gmail.com

## CERTIFICATE OF SERVICE

The undersigned, Dean C. Brunel, Esquire, counsel for the Defendant hereby certifies that on the 7th of November 2012 he did serve a copy of the foregoing by emailing to the Plaintiff's counsel and mailing by ordinary mail, true copies thereof to counsel of record as their names and addresses appear of record.

ATTEST: _____ Date: November 7, 2012
Dean C. Brunel